FD-1057 (Rev. 5-8-10)  UNCLASSIFIED//LES 

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Email Responses for Tower and Equipment Damage Amounts  **Date:** 05/08/2023

**CC:** Franklin Dominick Mosca

**From:** SAN ANTONIO
 SA-CT-4
  **Contact:** Snow David Lee, 210-650-6046

**Approved By:** SSA Doran Russell A

**Drafted By:** Snow David Lee

**Case ID #:** 266O-SA-3601855   (U//LES) Sean Aaron Smith; Arson/Destruction of Cell Towers Potentially Motivated by Anti-Government Ideology

**Synopsis:** (U) To document the monetary amount of damage to towers and provider equipment caused by the arsons.

**Enclosure(s):** Enclosed are the following items:
1. (U) Email from Verizon and estimate spreadsheet
2. (U) Email from Verizon and estimate spreadsheet
3. (U) AT&T damage estimate
4. (U) T-Mobile Damage Estimate
5. (U) Crown Castle Damage Estimate

**Details:**

Writer submitted requests to cell phone tower companies and service providers to obtain monetary damage amounts sustained from the arsons in this case.

Of the responses received, the total monetary damage is approximately $1,115,952.54.

UNCLASSIFIED//LES

Title: (U) Email Responses for Tower and Equipment Damage Amounts
Re: 266O-SA-3601855, 05/08/2023

**AT&T**

Good afternoon. I was unable to find any damages for the Bandera address you provided. This may have been another carrier that was affected (i.e. Verizon, T-Mobile, etc.), but we do not have any sites that were affected near the 918 Bandera address.

As mentioned in our earlier conversation; I am providing you the list of our 5 sites, that were affected by Arson Q2 of 2022. The total, amount of maintenance expenses, we incurred to complete the repairs - $49,511.76.

| FA | USID | NAME | ADDRESS | CITY | AP Case # |
|---|---|---|---|---|---|
| 10001213 | 59576 | 410 CALLAGHAN | 4719 MANITOU | San Antonio | AP 2022-03-30-00677 |
| 10078398 | 9358 | Slimwood | 7750 OLDE VILLAGE | San Antonio | AP 2022-04-25-00890 |
| 10001314 | 59538 | Lockhill | 12955 HUEBNER | San Antonio | AP 2022-05-02-00947 |
| 14816249 | 202678 | SXL07054F_13_R02_9Q | 8821 Garden Brooke Dr | San Antonio | AP 2022-04-18-00834 |
| 10009506 | 59506 | MAINLAND | 8206 SAND PEBBLE | San Antonio | AP 2202-05-12-01044 |

As far as cost on loss of downtime, I have reached out to find a way to possibly quantify that in a dollar amount. I have yet to hear anything back, but when I do I will share that info.

Thanks again for reaching out and hopefully you folks can find a way to link the suspect to the above mentioned sites that were affected by arson. We worked primarily with Jesse Moncada with SAFD-Arson, so maybe he can provide more info that may be beneficial.

Good luck!

**Thanks and V/r,**

**David D. Gilbert**
STX Manager Operations
CNIO Central Region
18610 Blanco Road
San Antonio, TX 78258
+1 (817) 319-9669
dg2958@exo.att.com

Title: (U) Email Responses for Tower and Equipment Damage Amounts
Re: 2660-SA-3601855, 05/08/2023

---

**T-Mobile**

**5750 Ingram Rd**

Morning Mr. Snow.

There was a service outage caused by this incident.
All call processing, including 911 services, provided by T-Mobile were severed by this incident.

33% service was restored in approx. 24 hours.
Due to a nesting raptor, the remaining 66% wasn't restored until 6/17/2022.

T-Mobile shows no record of filing an insurance claim for this event.

T-Mobile spent:
Parts = $585.00
labor = $13,170.00 (includes removal & cleanup of burned equipment, installation of new equipment)

Please let me know if there is any additional information you may need.

Thanks,
Bowen Pratka
1-512-554-1007
Ops. Mgr.
San Antonio, Tx

---

**Crown Castle**

David

Title: (U) Email Responses for Tower and Equipment Damage Amounts
Re: 266O-SA-3601855, 05/08/2023

I do not have any cost for customer damages as they repair their own. I have included our loss management team on this email they may have additional information if needed.

**1704 SW Loop 410- Crown BU 880043**
SAPD21066016  4/10/2021  Crown Castle Tower
SAPD21085960  5/8/2021  Crown Castle Tower  Customer Coax damages

**1818 Hunt Ln- Crown BU 818882**
SAPD21099730  5/24/2021  Crown Castle Tower  Minor Damages

**8982 Guilbeau Rd- Crown BU 840061**
SAPD22026776  2/8/2022  Crown Castle Tower : Customer Damages??

**5450 Babcock Rd- Crown BU 826299**
SAPD21171180  8/31/2021  Crown Castle Tower : Complete replacement estimated 250K + total loss complete tower replacement

**750 Olde Village Dr- Crown BU 843846**
SAPD22084867  4/22/2022  Crown Castle Tower  Fire damage repairs: $11,179.00

**10310 Potranco Rd- Crown BU 879970**
SAPD22076342  4/12/2022  Crown Castle Tower : Customer Damages Crown fence repairs $ 1000

**4719 Manitou- Crown BU 839796**
SAPD22055056  3/16/2022  Crown Castle Tower: Coax, Hybrid cable damages

**1569 Bandera Rd- Crown BU 859003**
SAPD22090530  4/30/2022  Crown Castle Tower


5330 Heath Road – Crown BU 841049  NO police report on this site,  minimal damage
San Antonio Tx

Thank you

Title:  (U) Email Responses for Tower and Equipment Damage Amounts
Re:  266O-SA-3601855, 05/08/2023

Russel Johnston
Maintenance Process Lead
Texas, Oklahoma, New Mexico

C: 830-515-8319
O: 737-703-3751
**Crown Castle**
1701 Directors BLVD suite 700
Austin Tx 78744

---------------------------------------------------------------------------------------------------------------------------------------------

**Verizon**

Verizon 5G Cell Tower Arson

| Date | PD | Case | Location | Loss |
|---|---|---|---|---|
| 9/17/2021 | San Antonio Police Department | 21184240 | 7142 Oaklawn Dr, San Antonio, TX | |
| 5/27/2021 | San Antonio Police Department | 21100571 | 7142 Oaklawn Dr, San Antonio, TX | |
| 8/16/2021 | San Antonio Police Department | 21160286 | 7142 Oaklawn Dr, San Antonio, TX | |
| 10/8/2021 | San Antonio Police Department | 21200275 | 5343 Rogers Rd, San Antonio, TX | |
| 9/9/2021 | San Antonio Police Department | 21178094 | 5343 Rogers Rd, San Antonio, TX | |
| 12/28/2021 | San Antonio Police Department | 21257233 | 7900 Mockingbird Ln, San Antonio, TX | |

| Site | Amount |
|---|---|
| **Oaklawn** | 4361.6 |
| PO | 280 |
| PO | 3641.64 |
| PO | 3641.64 |
| | |
| world savings | 6200 |
| indiviual costs | 1700 |
| | 2435.62 |
| | 2500 |
| | 5399.51 |

Title: (U) Email Responses for Tower and Equipment Damage Amounts
Re: 266O-SA-3601855, 05/08/2023

| Amount |
|---:|
| 813.61 |
| 5017.39 |
| 5266.36 |
| 5407.09 |
| 8508.45 |
| 2089.23 |
| 531.51 |
| 2381.5 |
| 3250 |
| 3450 |
| 2706.25 |
| 196.94 |
| 2074.66 |
| 4.37 |
| 5.12 |
| 38.67 |
| 1477.14 |
| 305.81 |
| 227.1 |
| 209.96 |
| 4276.91 |
| 73.34 |
| 40.23 |
| 475.5 |
| 475.5 |
| 475.5 |
| 475.5 |
| 475.5 |
| 475.5 |
| 475.5 |
| 189.44 |

Title: (U) Email Responses for Tower and Equipment Damage Amounts
Re: 266O-SA-3601855, 05/08/2023

| Amount |
|---:|
| 2868.16 |
| 3237.82 |
| 2240.8 |
| 1139.43 |
| 2499.59 |
| 1098.11 |
| 1343.83 |
| 11867.1 |
| 7459.05 |
| 189.44 |
| 5,568.27 |
| 5,568.27 |
| 435.02 |
| 198.77 |
| 104.36 |
| 4918.61 |
| 1235.18 |
| 4096.17 |
| 1820.71 |
| 242.46 |
| 7022.48 |
| 4631.06 |
| 12589.59 |
| 386.45 |
| 55.45 |
| 5714.11 |
| 5033.62 |
| 1584.78 |
| 155.92 |
| 77.97 |
| 1,122.18 |

Title: (U) Email Responses for Tower and Equipment Damage Amounts
Re: 266O-SA-3601855, 05/08/2023

| Amount |
|---:|
| 283.49 |
| 985.14 |
| 5,953.45 |
| 400.97 |
| 384.72 |
| 81.16 |
| 121.74 |
| 986.79 |
| 986.79 |
| 1315.71 |
| 1315.71 |
| 405.81 |
| 81.16 |
| 121.74 |
| 121.74 |
| 60.88 |
| 81.16 |
| 986.79 |
| 986.79 |
| 6588.78 |
| 118.36 |
| 8247.18 |
| 23736.83 |
| 23736.83 |
| 397.89 |
| 4910.59 |
| 14731.76 |
| 22147.5 |
| 9793 |
| 9793 |
| 2987.87 |

Title:  (U) Email Responses for Tower and Equipment Damage Amounts
Re:  266O-SA-3601855, 05/08/2023

| Amount |
|---:|
| 3.73 |
| 9699.9 |
| 809.30 |
| 339.69 |
| 84.92 |
| 876.63 |
| 995.00 |
| 1,700.00 |
| 875 |
| 1250 |
| 5688.54 |
| 961.26 |
| 35 |
| 276.86 |
| 92.61 |
| 4,414.10 |
| 5.53 |
| 955.01 |
| 249.71 |
| 5199.35 |
| 13,546.28 |
| 27,091.68 |
| 3,121.33 |
| 3,121.33 |
| 3,121.33 |
| 5327.77 |
| 5327.77 |
| 5327.77 |
| 5327.77 |
| 5327.77 |
| 5327.77 |

Title:  (U) Email Responses for Tower and Equipment Damage Amounts
Re:    २66O-SA-3601855, 05/08/2023

| Amount |
|---:|
| 4414.68 |
| 7949.61 |
| 10948.11 |
| 11124.41 |
| 21099.55 |
| 8373.65 |
| 14573.47 |
| 46173.44 |
| 5033.66 |
| 4275.33 |
| 4349.09 |
| 27468.39 |
| 8857.79 |
| 5,654.11 |
| 25269.22 |
| 424.67 |
| 500 |
| 3.68 |
| 16647.16 |
| 334.75 |
| 83.69 |
| 4076.86 |
| 8447.51 |
| 797.06 |
| 797.06 |
| 797.06 |
| 797.06 |
| 797.06 |
| 797.06 |
| 797.06 |
| 797.06 |

Title:  (U) Email Responses for Tower and Equipment Damage Amounts
Re:  266O-SA-3601855, 05/08/2023

| | |
|---|---:|
| | 797.06 |
| | 895.07 |
| | 895.07 |
| **Eco Babbert - Small cell off World Sav.** | |
| individual costs | 40 |
| | 625 |
| | 150 |
| | 202.22 |
| | 1223.63 |
| | 860.36 |
| | 4015.03 |
| | 16289.56 |
| | 1720.73 |
| | 860.36 |
| | 286.79 |
| | 1223.62 |
| | 2064.87 |
| | 1223.62 |
| | 108 |
| | 1387.77 |
| | 378.88 |
| | 879.9 |
| | 133.7 |
| | 312.1 |
| | 120 |
| | 650 |
| | 688.47 |
| | 407.89 |
| | 901.76 |
| | 856.56 |

Title:  (U) Email Responses for Tower and Equipment Damage Amounts
Re:    266O-SA-3601855, 05/08/2023

| | |
|---|---:|
| | 450.11 |
| | 390.18 |
| | 325.22 |
| | 238.75 |
| | 1500.34 |
| | 43.99 |
| | 210.3 |
| | 1710.35 |
| | 9796.64 |
| | 3518.13 |
| | 92.01 |
| | 1329.31 |
| | 3171.73 |
| | 838.94 |
| | 6453.13 |
| | 5166 |
| | 8652.6 |
| **Mockingbird** | |
| individual costs | 1675.37 |
| | 10.24 |
| | 170 |
| | 170 |
| | 150 |
| | 150 |
| | 633.26 |
| | 396.2 |
| | 3865.61 |
| | 1136.63 |
| | 252.79 |
| | 959.01 |
| | 363.72 |
| | 615.9 |
| | 491.02 |

Title:  (U) Email Responses for Tower and Equipment Damage Amounts
Re:  266O-SA-3601855, 05/08/2023

|  |
|---:|
| 200.05 |
| 630.45 |
| 5933.73 |
| 5933.73 |

◆◆